No. ——. BAKER ET AL., TRUSTEES OF PROPERTY OF PENN CENTRAL TRANSPORTATION CO. *v.* PENNSYLVANIA ET AL. D. C. W. D. Pa. Application for stay of interlocutory injunction pending appeal presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

OCTOBER 26, 1970

No. 5811. ANDERSON *v.* AMERICAN BROADCASTING CO. ET AL. Appeal from D. C. S. D. N. Y. Application for stay presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied. Appeal dismissed for want of jurisdiction.

No. 1109, October Term, 1968. WEED *v.* BILBREY ET AL., 394 U. S. 1018, 395 U. S. 971, 397 U. S. 930. Respondents requested to file response within 30 days to motion for leave to file third petition for rehearing. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this matter.

No. 31, Orig. UTAH *v.* UNITED STATES. Report of Special Master received and ordered filed. Exceptions, if any, with supporting briefs, shall be filed within 60 days. [For previous actions, see, *e. g.,* 393 U. S. 921 and 394 U. S. 89.]

No. 121. MAYBERRY *v.* PENNSYLVANIA. Sup. Ct. Pa. [Certiorari granted, 397 U. S. 1020.] Motion of Carol Mary Los for leave to participate in oral argument, *pro hac vice,* granted.

No. 420. McDANIEL, SUPERINTENDENT OF SCHOOLS, ET AL. *v.* BARRESI ET AL. [Certiorari granted, *ante,* p. 804.] Motion of respondents for leave to file a brief after argument granted.